**07-2107M**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| USA | | CASE NUMBER |
|---|---|---|
| | PLAINTIFF(S) | C-07-05 |
| v. | | |
| Charles Edward Lincoln DEFENDANT(S). | | AFFIDAVIT RE OUT-OF-DISTRICT WARRANT |

FILED 2007 DEC 10 AM 11:43

The above-named defendant was charged by: **Court Order**
in the **Southern** District of **Texas** on **7-23-2007**
at ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about **7-23-2007**
in violation of Title **18** U.S.C., Section(s) **3146**
to wit: **F.T.A.**

A warrant for defendant's arrest was issued by: **Janice Jack**

Bond of $ **none** was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on **12/10/07**, by
_____, Deputy Clerk.

_____    **Callen Stephens**
Signature of Agent           Print Name of Agent

**USMS**                     **Deputy US Marshal**
Agency                       Title

R-52 (05/98)        AFFIDAVIT RE OUT-OF-DISTRICT WARRANT