# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. Charles Edward Lincoln Defendant. | Western Division<br>Case Number: 2:07-MJ-02107<br>Initial App. Date: 12/10/2007<br>Date Filed: 12/10/2007<br>Violation: 18:3146<br>CourtSmart: 12/10/07 |
| | Out of District Affidavit<br>Initial App. Time: 2:00 PM |

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE:** Rosalyn M. Chapman

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

**PRESENT:** Kimberly Carter (Deputy Clerk); Douglas Miller (Assistant U.S. Attorney); None (Interpreter/Language)

- [x] Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
  - [x] preliminary hearing OR [x] removal hearing / Rule 20.
- [x] Defendant states true name [ ] is as charged [x] is **Charles Edward Lincoln III**
- [x] Defendant advised of consequences of false statement in financial affidavit. [ ] Financial Affidavit ordered SEALED.
- [x] Attorney: Pedro Castillo, DFPD [x] Appointed [ ] Prev. Appointed [ ] Poss. Contribution (see separate order)
- [ ] Special appearance by: _____
- [x] Government's request for detention is: [ ] GRANTED [ ] DENIED [ ] WITHDRAWN [x] CONTINUED
- [ ] Defendant is ordered: [ ] Permanently Detained [ ] Temporarily Detained (see separate order).
- [ ] BAIL FIXED AT $_____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
- [ ] Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: [ ] GRANTED [ ] DENIED
- [ ] Preliminary Hearing waived.
- [ ] Class B Misdemeanor [ ] Defendant is advised of maximum penalties
- [ ] This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
- [ ] PO/PSA WARRANT [ ] Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
- [ ] Preliminary Hearing set for _____ at 4:30 PM _____
- [ ] PIA set for: _____ at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana
- [ ] Government's motion to dismiss case/defendant _____ only: [ ] GRANTED [ ] DENIED
- [ ] Defendant's motion to dismiss for lack of probable cause: [ ] GRANTED [ ] DENIED
- [ ] Defendant executed Waiver of Rights. [ ] Process received.
- [ ] Court ORDERS defendant Held to Answer to _____ District of _____
  - [ ] Bond to transfer, if bail is posted. Defendant to report on or before _____
  - [ ] Warrant of removal and final commitment to issue.
  - [ ] Warrant of removal and final commitment are ordered stayed until _____
- [x] Case continued to (Date) **12/14/07** (Time) **10:00** [x] AM [ ] PM
  Type of Hearing: **Detention Hearing** Before Judge **Chapman** [ ] Duty Magistrate Judge.
  Proceedings will be held in the [ ] Duty Courtroom _____ [x] Judge's Courtroom **23 - 3rd Floor - Spring Street**
- [x] Defendant committed to the custody of the U.S. Marshal [ ] Summons: Defendant ordered to report to USM for processing.
- [ ] Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
- [ ] Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
- [ ] RELEASE ORDER NO: _____
- [ ] Other: _____

[ ] PSA        [ ] FINANCIAL        [ ] READY

*Brief filed by parties by 4pm 12/13/07.*

Deputy Clerk Initials **KC**

*10 minutes*